```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    KAREN I. MEYER (Cal. Bar No. 220554)
 4  ELIZABETH R. YANG (Cal. Bar No. 196461)
    Assistant United States Attorneys
 5  Violent and Organized Crime Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-8559/1785
         Facsimile: (213) 894-3713
 8       E-mail:    Kim.Meyer@usdoj.gov
                    Elizabeth.Yang@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-920(A)-RSWL |
|---|---|
| Plaintiff, | ) |
| v. | ) <u>ORDER PERMITTING FILING OF</u> <u>OVERSIZED BRIEF</u> |
| MICHAEL DENNIS WILLIAMS, and ANTOINE LAMONT JOHNSON, | ) |
| Defendants. | ) |

    For good cause shown, IT IS HEREBY ORDERED THAT the government's unopposed <u>ex parte</u> application for order permitting the filing of an oversized brief is GRANTED.

    The filing of the Government's Consolidated Opposition to CR 516 and CR 529, which exceeds 25 pages, is authorized by the Court.

DATED: 09-18-08

*/s/ Ronald S.W. Lew*

HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE