```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
ELIZABETH R. YANG (Cal. Bar No. 196461)
Assistant United States Attorneys
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8559/1785
     Facsimile:  (213) 894-3713
     E-mail:   Kim.Meyer@usdoj.gov
               Elizabeth.Yang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR 05-920(A)-RSWL |
| Plaintiff,     ) | |
| v.                                ) | ORDER PERMITTING FILING OF OVERSIZED BRIEF |
| MICHAEL DENNIS WILLIAMS,           ) | |
|   and                             ) | |
| ANTOINE LAMONT JOHNSON,            ) | |
| Defendants.   ) | |

For good cause shown, IT IS HEREBY ORDERED THAT the government's unopposed _ex parte_ application for order permitting the filing of an oversized brief is GRANTED.

The filing of the Government's Omnibus Opposition to CR 519 and CR 524, which exceeds 25 pages, is authorized by the Court.

DATED: 09-18-08       _____/s/ Ronald S.W. Lew_____
                     HONORABLE RONALD S.W. LEW
                     SENIOR UNITED STATES DISTRICT JUDGE