MARCIA A. MORRISSEY
State Bar No. 66921
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259
Facsimile: (310) 399-1173
MorrisseyMA@aol.com

LYNNE S. COFFIN
State Bar No. 12138938 Miller Ave., Suite 328
Mill Valley, California 94941
Telephone: (415) 388-2432
Facsimile: (866) 334-5441
LSCoffin@aol.com

Attorneys for Defendant
MICHAEL WILLIAMS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL WILLIAMS, et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CR 05-920 RSWL <br><br> **ORDER GRANTING APPLICATION TO FILE OVERSIZED BRIEF SUPPORTING MICHAEL WILLIAMS' REPLY TO GOVERNMENT'S CONSOLIDATED OPPOSITION TO HIS TWO MOTIONS TO DISMISS SPECIAL FINDINGS AND STRIKE NOTICE OF INTENT TO SEEK THE DEATH PENALTY** |

Good cause appearing, it is hereby ordered that Michael Williams' application to file an oversized brief supporting his reply to the government's

//

//

1  Consolidated opposition to his two motions to dismiss special findings and strike
2  notice of intent to seek the death penalty is GRANTED.

4  Presented by:

6  _____/s/_____
7  Marcia A. Morrissey
   Attorney for Michael Williams

10  DATED:   September 18, 2008              _____
11                                            HON. RONALD S.W. LEW
                                              United States District Judge