MARCIA A. MORRISSEY
State Bar No. 66921
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259
Facsimile: (310) 399-1173
MorrisseyMA@aol.com

LYNNE S. COFFIN
State Bar No. 12138938 Miller Ave., Suite 328
Mill Valley, California 94941
Telephone: (415) 388-2432
Facsimile: (866) 334-5441
LSCoffin@aol.com

Attorneys for Defendant
MICHAEL WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL WILLIAMS, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO. CR 05-920 RSWL <br><br> **ORDER GRANTING APPLICATION TO FILE OVERSIZED BRIEF SUPPORTING MOTION TO DISMISS "SPECIAL FINDINGS" AND TO STRIKE NOTICE OF INTENT TO SEEK THE DEATH PENALTY** |

Good cause appearing, it is hereby ordered that Michael Williams' application to file an oversized brief supporting his Motion to Dismiss "Special

//
//
//
//
//

Findings" and Strike Notice of Intent to Seek the Death Penalty is GRANTED.

Presented by:

_____ /s/ _____
Marcia A. Morrissey
Attorney for Michael Williams

DATED: August 22, 2008    _____
                          HON. RONALD S.W. LEW
                          United States District Judge