1  MARCIA A. MORRISSEY
   State Bar No. 66921
2  2115 Main Street
   Santa Monica, California  90405
3  Telephone: (310) 399-3259
   Facsimile:  (310) 399-1173
4  MorrisseyMA@aol.com

5  LYNNE S. COFFIN
   State Bar No. 121389
6  38 Miller Ave., Suite 328
   Mill Valley, California  94941
7  Telephone: (415) 388-2432
   Facsimile:  (866) 334-5441
8  LSCoffin@aol.com

9  Attorneys for Defendant
   MICHAEL WILLIAMS
10

11

12                **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                    **WESTERN DIVISION**

15

16  UNITED STATES OF AMERICA,        )  CASE NO.  CR 05-920 RSWL
                                     )
17            Plaintiff,             )
                                     )  **ORDER GRANTING**
18       v.                          )  **APPLICATION TO FILE**
                                     )  **OVERSIZED BRIEF IN**
19  MICHAEL WILLIAMS, et al.,        )  **SUPPORT OF MOTION TO**
                                     )  **EXCLUDE DNA TEST RESULTS**
20            Defendants.            )  **AND REQUEST FOR *DAUBERT***
                                     )  **HEARING**
21                                   )
                                     )
22

23         Good cause appearing, it is hereby ordered that Michael Williams'

24  application to file an oversized brief in support of his Motion to Exclude DNA

25  //

26  //

27  //

28  //

1  Test Results and Request for *Daubert* Hearing is GRANTED.

2

3  Presented by:

4

5          /s/
   _____
6  Marcia A. Morrissey
   Attorney for Michael Williams
7

8                                          **RONALD S.W. LEW**

9  DATED:  November 13, 2008
                                           _____
10                                         HON. RONALD S.W. LEW
                                           United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28