**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Michael Dennis Williams, et al,<br><br>             Defendants. | CR 05-920-RSWL<br><br>ORDER **GRANTING** GOVERNMENT'S MOTION TO PRECLUDE ALIBI WITNESSES |

On January 13, 2008, Government's Motion to Preclude Alibi Witnesses came on for regular calendar before this Court. Plaintiff, United States of America, appeared through its counsel of record, Assistant United States Attorneys Elizabeth Yang and Karen Meyer. Defendant Johnson appeared with his counsel of record, Amy Jacks and Richard Lasting. Defendant Williams appeared with his counsel of record, Marcia Morrissey and Lynne Coffin. The Court having reviewed all papers submitted pertaining to this Motion

and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

The Government's Motion to Preclude Alibi Witnesses is **GRANTED WITHOUT PREJUDICE**.

On August 20, 2008, the Court adopted the parties' proposed scheduling order which set August 25, 2008 as the deadline for Defendants Johnson and Williams to give the Government notice of any alibi defense. To date, Defendants have not provided any alibi defense as requested by the Government pursuant to Federal Rule of Criminal Procedure 12.1.

This Court's Order is granted without prejudice upon a showing of good cause by Defendants for the delay in disclosing an alibi witness. In the event that an alibi witness is located at such a late juncture, the Court reserves its right to preclude the testimony absent a showing of good cause. See Taylor v. Illinois, 484 U.S. 400, 414-15 (1988).

**IT IS SO ORDERED.**    /s/

  _____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: January 13, 2009

2