**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Dennis Williams, et al.,<br><br>　　　　　　Defendants. | CR 05-920-RSWL<br><br>ORDER REQUESTING FURTHER BRIEFING FROM THE PARTIES |

　　　On December 16, 2008, Defendant Williams' Motion to Exclude DNA Test Results and Request for <u>Daubert</u> Hearing came on for regular calendar before this Court. On December 23, 2008, this Court Denied Defendant Williams' Motion.  However, this Court reserved its ruling as to whether the Government conducted LCN testing on two DNA samples found to match Defendant, and whether LCN testing meets the <u>Daubert</u> standard. The Court reserved its ruling pending further briefing by the parties.  The Court having received and reviewed

1

all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

The critical issue in this Motion is whether the LAPD crime lab conducted Low Copy Number DNA ("LCN") testing on the two DNA samples at issue.  In order to determine if LCN testing was conducted, the Court must determine the proper definition of LCN testing and if it was conducted in this case.  Defendant has not made an adequate showing that LCN testing was conducted in this case; therefore, the Court requests further briefing in response to this concern.

Moreover, in Defendant's Reply he states that .03ng and .06ng of input DNA were tested.  However, in subsequent briefings, Defendant states .3ng and .6ng of input DNA were tested.  The Court requests that Defendant clarify his argument in this respect.

Defendant has thirty days, from the date of this Order, to submit additional briefing on this issue. After which, the Government has ten days to reply.

**IT IS SO ORDERED.**

/s/

DATED: March 10, 2009  _____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge